IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUN LI, ET AL., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-0032-E |
| | § | |
| WALL007 LLC, ET AL., | § | |
| | § | |
| Appellees. | § | |

**ORDER**

The above-captioned case is hereby transferred to the docket of the Honorable Judge Brantley Starr and shall henceforth carry the suffix letter "X."

**SO ORDERED.**

Signed January 20, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE