UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUN LI, et al., | § | |
| | § | |
| *Appellants*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-00029-X |
| | § | |
| WALL007 LLC, et al., | § | |
| | § | |
| *Appellees*. | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE APPEALS**

After considering the *Unopposed Motion to Consolidate Cases/Appeals* [Doc. No. 8], the Court **GRANTS** the motion and consolidates Case No. 3:21-CV-29-X with Case Nos.: 3:21-CV-30-X; 3:21-CV-31-X; 3:21-CV-32-X; 3:21-CV-33-X; 3:21-CV-34-X; and 3:21-CV-35-X. The Court **ORDERS** that these appeals be merged into one case under Case No. 3:21-CV-29-X and that all future filings be under Case No. 3:21-CV-29-X.

**IT IS SO ORDERED** this 26th day of January 2021.



BRANTLEY STARR
UNITED STATES DISTRICT JUDGE